UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY GARNETT, | ) |
| Petitioner, | ) |
| v. | ) No. 4:13-CV-1546-JAR |
| JEFF NORMAN, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner's "Motion for Immediate Evidentiary Hearing Request Counsel Be Assigned to Amend." [ECF No. 3] Upon consideration, Petitioner's motion will be denied without prejudice. The Court finds that at this stage of the litigation, an evidentiary hearing is neither warranted nor necessary. If no evidentiary hearing is necessary, then the appointment of counsel for a habeas petitioner is discretionary. See, Abdullah v. Norris, 18 F.3d 571, 573 (8th Cir. 1994).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's "Motion for Immediate Evidentiary Hearing Request Counsel be Assigned to Amend" [3] is **DENIED** without prejudice.

Dated this 15th day of August, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE